**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                                    CASE NO. 25-30636-KKS
                                                         CHAPTER 13

ZACHARY JACOB CARDEN


_____Debtor_____/

### TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW,** LEIGH A. DUNCAN, Trustee, and hereby files this Notice

of Payment of Unclaimed Funds, and in support thereof hereby states:

| Unclaimed Fund Check Number | Amount | Payee Name & Address |
|---|---|---|
| 0646617 | $15.00 | 21ST MORTGAGE CORPORATION P.O. BOX 477 KNOXVILLE, TN  37901 |

1. The name and address listed for the Payee is most recent address contained

   in the Court's records, to wit:

   ☒ Proof of Claim Number: 1;

   ☐ Schedules;

   ☐ Notice of transfer/Assignment of Claim;

   ☐ Correspondence in writing with Payee;

   ☐ Other (Provide Explaination and any Case Docket citation):

_____

_____

2. Check(s) mailed to the above-listed Payee(s) at the address listed above

   have been:

   ☐ Returned by the United States Postal Service marked "Forwarding

   Time Expired/Unable to Forward."  Trustee has made a good faith

   effort to verify/obtain the correct mailing address and deliver funds to

   Payee before presenting this notice;

   ☐ Refused by Payee;

   ☒ Disbursed and check has not been negotiated;

   ☐ Other (Provide Explanation):

   _____

   _____

3. Trustee has stopped payment on outstanding unclaimed fund check(s)

   identified in this Notice.

4. Any check(s) which were undeliverable by the United States Postal Service

   are in the Trustee's files.

5. Pursuant to the provisions of 11 U.S.C. § 347, simultaneously with filing

   this Notice the Trustee has delivered a check to the Clerk of this Court equal

to the amounts listed above for each Payee, for deposit into the Court's

Registry.

6. An applicant requesting reimbursement for Unclaimed Funds deposited with

the Court must complete an "Application for Payment of Unclaimed Funds."

This form and instructions can be located on the Court's website:

http://www.flnb.uscourts.gov/ under Court Resources.

Respectfully submitted,

/s/ Leigh A. Duncan

OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL  32302
ldhecf@earthlink.net
Telephone: (850) 681-2734
Facsimile: (850) 681-3920

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has

been furnished by electronic filing or first class mail to:

ZACHARY JACOB CARDEN, 6506 DANIEL GRIFFIS RD, JAY, FL  32565

ROBERT A STIBERMAN, STIBERMAN LAW, P.A., 2601 HOLLYWOOD
BLVD, HOLLYWOOD, FL  33020

21ST MORTGAGE CORPORATION, P.O. BOX 477, KNOXVILLE, TN,
37901

on the same date as reflected on the Court's docket as the electronic filing date for
this document.

/s/ Leigh A. Duncan

May 27, 2026

OFFICE OF THE CHAPTER 13 TRUSTEE